

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: GUARDIANSHIP OF JOHN V. WALTER, AN ALLEGED INCAPACITATED PERSON, | § § § | No. 08-20-00206-CV<br><br>Appeal from the |
| Appellant, | § § | Probate Court<br><br>of Dallas County, Texas |
|  | § | (TC# PR-20-01181-1) |

## **O R D E R**

Pending before the Court is Appellant's opposed motion to abate the appeal. The motion is GRANTED, and the appeal is abated until July 10, 2021, to give the parties an opportunity to settle the dispute. If the parties are able to finalize a settlement prior to July 10, 2021, the parties are directed to notify the Court of that fact and to file an appropriate motion to dispose of this action.

IT IS SO ORDERED this 10th day of June, 2021.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.